# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHARLES L. PALMER,**

     **Plaintiff,**

**v.**                         **Case No.  8:05-cv-320-T-30MAP**

**PRECISION SHOOTING EQUIPMENT,
INC., et al,**

     **Defendants.**

_____

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  Upon review of the Complaint, it appears to the Court that Plaintiff may lack standing to bring this action in his individual capacity.  Accordingly, the parties are ORDERED to submit, within eleven (11) days of the date of this Order, a memorandum of fifteen (15) pages or less addressing Plaintiff Charles L. Palmer's capacity to bring this action.

     **DONE** and **ORDERED** in Tampa, Florida on July 21, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-320.request briefing on standing issue.wpd